ACCEPTED
03-15-00201-CV
6027655
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/13/2015 12:00:00 AM
JEFFREY D. KYLE
CLERK

**No. 03-15-00201-CV**

_____

IN THE THIRD COURT OF APPEALS

AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

7/13/2015 12:00:00 AM

JEFFREY D. KYLE
Clerk

_____

WAYNE NOVY, by and through his legal guardian Forrest Novy,
*Appellant*,


vs.


TEXAS HEALTH AND HUMAN SERVICES COMMISSION and KYLE JANEK, in his official capacity as Executive Commissioner of the Texas Health and Human Services Commission,
*Appellees*.

_____

*ON APPEAL FROM COUNTY COURT AT LAW NO. 1, TRAVIS COUNTY*

_____

**APPELLANT'S UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

Pursuant to Rule 10.5(b)(1) of the Texas Rules of Appellate Procedure, Appellant Wayne Novy ("Mr. Novy"), by and through his legal guardian Forrest Novy, moves the Court in this unopposed motion for a fourteen day extension of time to file his opening brief in this matter.

1.   Mr. Novy is appealing from the Order Granting Defendants' Plea to the Jurisdiction, signed on April 1, 2015, by the presiding judge of the County Court at Law No. 1, Travis County.

1

2. The current deadline for Mr. Novy to file his opening brief in this appeal in August 7, 2015.

3. Mr. Novy seeks a 14-day extension, until August 21, 2015, to file his opening brief.

4. The additional fourteen days is requested for personal family reasons. My wife's seventieth birthday is on August 6th and is to be celebrated with other family members out-of-state. I had overlooked this personal situation when making my first extension request (also unopposed) and inadvertently requested the new deadline under the first extension to fall right in the middle of travel and celebration for this event. Allowing the additional fourteen days requested here will allow me to meet my family obligation for this special occasion and still finish work on, and file, the opening brief in time.

5. This is Mr. Novy's second request for an extension of time to file his opening brief.

Based upon the foregoing matters, Mr. Novy urges the Court to grant this unopposed motion and allow him fourteen additional days—until August 21, 2015—to file his opening brief in this case.

Respectfully submitted,

___/s/ Renea Hicks_____

Renea Hicks
State Bar No. 09580400
LAW OFFICE OF MAX RENEA HICKS
101 West 6th Street, Suite 504
Austin, Texas  78701-2934
(512) 480-8231
(512) 480-9105 fax
rhicks@renea-hicks.com

ATTORNEY FOR WAYNE NOVY

### CERTIFICATE OF CONFERENCE

I conferred by e-mail on July 10, 2015, with Eugene Clayborn, counsel for Appellees, on whether his clients would oppose the extension requested in this motion. By reply e-mail on the same day, he indicated that he would not oppose the relief requested.

_/s/ Renea Hicks_____
Renea Hicks

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Appellant's Unopposed Second Motion for Extension of Time to File Opening Brief has been served through the electronic filing system on the following counsel of record for the appellees on July 11, 2015:

Eugene A. Clayborn, Assistant Attorney General
Deputy Chief, Administrative Law Division
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
eugene.clayborn@texasattorneygeneral.gov.

_/s/ Renea Hicks_____
Renea Hicks